IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOYCE THOMPSON,

    Plaintiff,                       CIV S-11-876 CMK (TEMP) PS

    vs.

MICHAEL J. ASTRUE,                 ORDER
Commissioner of Social Security,

    Defendant.

_____/

        Plaintiff has requested information regarding the status of this case. Under the scheduling order filed April 15, 2011, defendant's answer and the administrative record are to be filed within ninety days of service of summons. Defendant was served with summons on May 2, 2011. Defendant's answer is therefore not yet due. Plaintiff is reminded that under the scheduling order, plaintiff's motion for summary judgment must be filed within 45 days from being served with a copy of the administrative record. Failure to comply with the scheduling order may result in dismissal of the action for lack of prosecution.

DATED: July 18, 2011

                                                            _____
                                                             **CRAIG M. KELLISON**
                                                             UNITED STATES MAGISTRATE JUDGE

JMM
thompson.sta

1